IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ARION BAYNARD, | § | |
| | § | No. 564, 2019 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below: Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. I.D. Nos. 0802006217 and |
| Plaintiff Below, | § | 1710004763 (N) |
| Appellee. | § | |

Submitted: July 6, 2020
Decided: July 23, 2020

## **O R D E R**

On March 12, 2020, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant, Arion Baynard, to show cause why his appeal should not be dismissed for his failure to file his opening brief and appendix. On March 16, 2020, the Court received the certified mail receipt indicating that the notice to show cause had been delivered. A timely response to the notice to show cause would have been due on or before March 23, 2020. Under the Court's emergency orders that extended filing deadlines due to the COVID-19 pandemic, the deadline for Baynard's response to the notice to show cause was extended through July 1, 2020. Baynard has not responded to the notice to show cause, nor has he filed an opening brief. Dismissal of the appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice